# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Walter L. Moore**

    vs.

**M.D. Lester N. Wright, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:05-CV-13

___   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PLAINTIFF'S ACTION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MARCH 30, 2005.

Dated:  August 22, 2005

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk